UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT ANDREW LUCERO, | ) | 1:10-cv—01714-AWI-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATIONS (DOC. 41) |
| | ) | |
| v. | ) | ORDER DISMISSING AS MOOT |
| | ) | PETITIONER'S REQUEST FOR |
| MIKE D. McDONALD, | ) | RECONSIDERATION OF DISMISSAL OF |
| | ) | STATE LAW CLAIMS (DOC. 32) |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to Local Rules 302 through 304.

    On April 12, 2012, the Magistrate Judge filed findings and a recommendation that Petitioner's request for reconsideration of the dismissal of his state law claims be dismissed as moot. The findings and recommendations were served by mail on Petitioner on the same date. The findings and recommendations informed Petitioner that objections were due within thirty days of service.

1

Although the deadline for filing objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file. The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it IS ORDERED that:

1) The findings and recommendations filed on April 12, 2012, are ADOPTED in full; and

2) Petitioner's request for reconsideration of the dismissal of his state law claims is DISMISSED as moot.

IT IS SO ORDERED.

Dated:   June 9, 2012                              _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE