UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ANDREW LUCERO,<br><br>    Petitioner,<br><br>  v.<br><br>KIM HOLLAND, Warden,<br><br>    Respondent. | No.  1:10-cv-01714-AWI-SKO  HC<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>**(Doc. 59)** |

   On September 10, 2010, Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 15, 2015, the Court entered an order that among other things, denied the petition and declined to issue a certificate of appealability.  On June 1, 2015, Petitioner filed a notice of appeal and moved in the District Court for a certificate of appealability.

   The Court declines to reconsider its prior order declining to issue a certificate of appealability.

   The motion for this Court's issuance of a certificate of appealability is again DENIED.

IT IS SO ORDERED.

Dated:   December 23, 2015                              _____
                                                        SENIOR  DISTRICT  JUDGE

1